IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|                                      |     |                       |
|--------------------------------------|-----|-----------------------|
| UNITED STATES OF AMERICA<br>    Plaintiff, | )   |                       |
|                                      | )   |                       |
| VS.                                  | )   | CR. NO. 04-20359-Ml   |
|                                      | )   |                       |
| UNISALVO LOYA<br>    Defendant.      | )   |                       |

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on July 13, 2005, the United States Attorney for this district, David Henry, appearing for the Government and the defendant, Unisalvo Loya, appearing in person and with counsel, Bruce Griffey, who represented the defendant. Spanish Interpreter, Estela Mendoza, interpreted for the Court.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, OCTOBER 11, 2005,** at **9:00 a.m., before Judge Jon Phipps McCalla.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the _14_ day of July, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7-14-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 185 in case 2:04-CR-20359 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT