IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 11 PM 3:46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | No. 04-20359-M1 |
| UNISALVO LOYA, | * | |
| Defendant. | * | |

## ORDER GRANTING GOVERNMENT'S MOTION
## TO DISMISS COUNT 2 OF INDICTMENT

It is hereby ORDERED that the Government's Motion To Dismiss Count 2 of the Indictment in the above-entitled and numbered criminal case as to Unisalvo Loya is hereby GRANTED.

DONE at Memphis, Tennessee, this __12__ day of October, 2005

_____
UNITED STATES DISTRICT JUDGE

APPROVED: _____
Lorraine Craig
Assistant U.S. Attorney

document entered on the docket sheet in compliance
Rule 55 and/or 32(b) FRCrP on __10-12-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 215 in case 2:04-CR-20359 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT