IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 13 PM 12: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                   Cr. No. 04-20359MI

UNISALVO LOYA,

    Defendant.

## ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW

For good cause shown, and without objection by the government, the Court hereby **GRANTS** Attorney Bruce Griffey's motion to withdraw from further representation of the defendant in these proceedings and for purposes of appeal. The Court will appoint another attorney from the CJA Panel by separate order.

It is so **ORDERED**, this the 12 day of Oct., 2005.

/s/ Jon P. McCalla
JON P. McCALLA
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-13-05

220

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 220 in case 2:04-CR-20359 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Mark Bowman
LAW OFFICES OF GARY GREEN
40 North Pauline
Memphis, TN 38105

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT